UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SECURITY NATIONAL INSURANCE )
COMPANY, )
)
      Plaintiff, )
v. ) CASE NO. CV414-219
)
MICHAEL TIMOTHY DOUGLAS )
and THORNE METAL SYSTEMS, INC., )
)
      Defendants. )

## ORDER

The Court has considered the Notice of Dismissal filed by the plaintiff in this case. A review of the record shows that no answers have been filed and there has been no appearance of counsel on behalf of the defendants.

**THEREFORE, IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice. The Clerk of Court is directed to close this case.

**SO ORDERED** this _1st_ day of December, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia